BRYAN SCHRODER
United States Attorney

G. MICHAEL EBELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: michael.ebell@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:21-cr-00025-TMB-DMS |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) POSSESSION OF CONTROLLED |
| vs. | ) SUBSTANCES WITH INTENT TO |
| | ) DISTRIBUTE |
| SEAN MICHAEL MORTENSEN, | )   Vio. of 21 U.S.C. § 841(a)(1), |
| | ) (b)(1)(A) |
| Defendant. | ) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about March 6, 2020, within the District of Alaska, the defendant, SEAN MICHAEL MORTENSEN, knowingly possessed a controlled substance with intent to distribute, to wit: 50 grams or more of pure methamphetamine.

//

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ G. Michael Ebell
G. MICHAEL EBELL
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: February 17, 2021